**SEALED**

McGREGOR W. SCOTT
United States Attorney
KATHERINE SCHUH
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

FILED
OCT 17 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MIGUEL DENIZ <br><br> Defendants. | CASE NO. 1:19 CR 00223 LJO SKO <br><br> MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on October 17, 2019, charging the above defendant with violations of 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Methamphetamine; 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm; 18 U.S.C. § 922(o) – Possession Of Machinegun; 21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrants issued pursuant thereto, except when necessary for the issuance and execution of the warrants.

Motion to Seal Indictment

1

1 | DATED: October 17, 2019        Respectfully submitted,

2 |                                McGREGOR W. SCOTT
3 |                                United States Attorney

4 |                         By     /s/ KATHERINE SCHUH
                                   KATHERINE SCHUH
5 |                                Assistant U.S. Attorney

6

7 |     IT IS SO ORDERED.

8 | Dated: October 17, 2019        _____
                                   STANLEY A. BOONE
9 |                                U.S. Magistrate Judge