1  McGREGOR W. SCOTT
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00223 NONE-SKO |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| MIGUEL DENIZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Steven Crawford, attorney for the defendant, that the status conference set for March 16, 2020 at 1:00 pm before the Honorable Sheila K. Oberto be continued to June 15, 2020 at 1:00 p.m. The reasons for the request are: 1) defense requested some supplemental discovery and the government is looking into the request; 2) the parties need additional time for further investigation; and 3) the parties need additional time for plea negotiations. Additionally, given the issues surrounding COVID-19 and efforts to avoid public gatherings, both parties are in favor of a continuance to address those issues.

///

///

///

///

///

///

Stipulation
1

1     The parties further request the Court to enter an Order finding that the "ends of justice" served by a
2 continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay through
3 June 15, 2020 is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

| Dated: March 16, 2020 | Respectfully submitted, |
|---|---|
|  | McGREGOR W. SCOTT<br>United States Attorney |
|  | By   /s/ Kimberly A. Sanchez<br>KIMBERLY A. SANCHEZ<br>Assistant U.S. Attorney |
| Dated: March 16, 2020 | /s/ Steven Crawford<br>STEVEN CRAWFORD<br>Attorney for Defendant |

IT IS SO ORDERED.

Dated:   **March 16, 2020**                  /s/ *Sheila K. Oberto*
                                                                 UNITED STATES MAGISTRATE JUDGE