PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00223-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| MIGUEL DENIZ, | DATE: August 8, 2023 |
| Defendant. | TIME: 8:30 a.m.<br>COURT: Hon. Jennifer L. Thurston |

This case was previously set for trial for August 8, 2023. By stipulation, the parties now move to vacate the trial, and set a change of plea hearing for July 10, 2023, and to exclude time between the date of the Order on this Stipulation and July 10, 2023.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for trial for August 8, 2023.

2.  By this stipulation, defendant now moves to vacate the trial and set a change of plea hearing for July 10, 2023. Time was already excluded through the time of trial, August 8, 2023. To the extent that time needs excluded, the defendant moves to exclude time between the date of the requested order and July 10, 2023.

3.  The parties agree and stipulate, and request that the Court find the following:

        a)        The government has represented that the discovery associated with this case includes investigative reports and related documents, body camera footage, audio recordings, criminal history reports, downloads from digital devices, photographs, and court documents. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

        b)        Undersigned counsel for the defendant came on the case in late October 2022. Counsel for defendant is ready to set a change of plea hearing. Considering defense counsel's and the Court's schedule, July 10, 2023 at 10:00 a.m. is the earliest date that defense counsel is avialable.

        c)        Counsel for defendant believes that failure to grant the above-requested would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)        The government does not object to the continuance.

        e)        Based on the above-stated findings, the ends of justice served by vacating the August 8, 2023 trial date and setting the case for a change of plea on July 10, 2023 at 10:00 a.m. as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)        For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of the date of this order to July 10, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.        Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

        IT IS SO STIPULATED.

Dated:  June 12, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ KIMBERLY A. SANCHEZ
KIMBERLY A. SANCHEZ
Assistant United States Attorney

Dated:  June 12, 2023

/s/ GEORGE ROSENSTOCK
GEORGE ROSENSTOCK
Counsel for Defendant
MIGUEL DENIZ

**FINDINGS AND ORDER**

IT IS SO ORDERED.

Date:  June 13, 2023

Hon. Jennifer L. Thurston
United States District Judge