---

PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19-CR-00223-JLT-SKO |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| MIGUEL DENIZ, | |
| Defendant. | |

On August 14, 2023, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), based upon the plea agreement entered into between plaintiff and defendant Miguel Deniz, forfeiting to the United States the following property:

    a. Mossberg 500C shotgun, serial number K207339,

    b. Glock GMBH 27 pistol, serial number BDHY699,

    c. Rock Island armory Inc. 1911A1 pistol, serial number RIA1811318, and

    d. Smith & Wesson M&P Bodyguard revolver, serial number DDY1697.

Beginning on August 16, 2023, for at least thirty (30) consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a

hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The United States sent direct written notice by certified mail to the following individual known to have an alleged interest in the property:

    a. Laura Sanchez:  A notice letter was sent via certified mail to Laura Sanchez at 165 E. Citrus Drive, Farmersville, CA 93223 on September 1, 2023.  The certified mail receipt nor the certified mail envelope were returned to the U.S. Attorney's Office.  The USPS Tracking Results show delivery was made on September 9, 2023.

The Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Miguel Deniz and Laura Sanchez.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Bureau of Alcohol, Tobacco, Firearms, and Explosives shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: __**December 12, 2023**__            _Jennifer L. Thurston_
                                                    UNITED STATES DISTRICT JUDGE